## United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

January 13, 2012

| | |
|---|---|
| Jamie H. Zidell, Esq. | Albert R. Bell, Jr., Esq. |
| Robert L. Manteuffel, Esq. | William J. Austin, Jr., Esq. |
| J H Zidell PC | Ward and Smith PA |
| 6310 LBJ Freeway, Suite 112 | 5430 Wade Park Blve., Suite 400 |
| Dallas, TX 75240 | Raleigh, NC 27607 |

Todd A. Prins, Esq.
Prins Law Firm
4940 Broadway, Suite 108
San Antonio, TX 78209

Re:   *Lara v. PCM Construction Services, LLC., et al.,* Case No. 3:11-CV-1426-M

Dear Counsel:

It has come to the Court's attention that the above-entitled case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by January 30, 2012.

Very truly yours,

*Barbara M.G. Lynn*

BMGL/jlf